

Thursday, October 2, 2014

No. 14–0658/AR. U.S. v. Corey J. Bennett. CCA 20111107. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY ALLOWING AN EXPERT TO REPEAT TESTIMONIAL HEARSAY, DENYING APPELLANT'S RIGHT TO CONFRONTATION, AND IF HE SO ERRED, WHETHER APPELLANT'S CONFESSION TO MARIJUANA USE WAS ADEQUATELY CORROBORATED.

Briefs will be filed under Rule 25.

Monday, October 6, 2014

No. 14–0614/AR. U.S. v. Jason A. Price. CCA 20121003. On consideration of Appellant's petition for reconsideration of this Court's order issued September 11, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–0686/AR. U.S. v. Matthew B. Behymer. CCA 20130535. Appellant's motion to file the supplement to the petition for grant of review out of time is granted.

No. 15–0074/CG. U.S. v. John C. Riesbeck. CCA 1374. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 23, 2014.

No. 15–0076/NA. U.S. v. Matthew D. Ellerbee. CCA 201300109. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 23, 2014.

No. 15–0079/AF. U.S. v. Brittney L. Hall. CCA 38241. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 23, 2014.